```
                                              FILED
                                        CLERK, U.S. DISTRICT COURT

                                        27 MAR 01 AM 9: 11
WAYNE KLEIN (#3819)
Assistant Attorney General              DISTRICT OF UTAH
MARK L. SHURTLEFF (#4666)               BY: _____
Utah Attorney General                      DEPUTY CLERK
```

**Attorneys for State of Utah**
160 East 300 South, 5th Floor
Box 140872
Salt Lake City, UT 84114-0872
Telephone (801) 366-0358
Facsimile (801) 366-0315

### UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNECOTT UTAH COPPER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR CORPORATION, et al.,<br><br>Defendants. | **STATE OF UTAH MOTION FOR DEFAULT JUDGMENT AGAINST:**<br><br>**GS INDUSTRIES, INC.**<br>**GST STEEL COMPANY** |
| THE STATE OF UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR CORPORATION, et al.,<br><br>Defendants. | Civil No. 2:01 CV 0062C<br>Magistrate Judge Boyce |

Under F.R.C.P. 55, the STATE OF UTAH moves for entry of default judgment against

defendants GS INDUSTRIES, INC. and GST STEEL COMPANY. This motion is supported by



the default entered by the court clerk in this matter on March ___, 2001 and the attached Memorandum in Support.

DATED This 27th day of March, 2001

*Wayne Klein*

WAYNE KLEIN
Assistant Attorney General
Attorney for Plaintiff, State of Utah