RAYMOND J. ETCHEVERRY (1010)
DAVID G. MANGUM (4085)
MARK A. GLICK (6093)
CATHERINE AGNOLI (6161)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

FILED
CLERK, U.S. DISTRICT COURT
24 APR 01 PM 3: 20
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNECOTT UTAH COPPER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR CORPORATION, et al.,<br><br>Defendants. | 2:01 CV 0062C<br><br>**ATTORNEY'S PLANNING MEETING REPORT**<br><br>Judge Tena Campbell<br><br>Magistrate Judge Ronald N. Boyce |
| THE STATE OF UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>NUCOR CORPORATION, et al.,<br><br>Defendants. | |

399820.1



1. **ATTORNEYS' MEETING:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 6, 2001 at Parsons Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, Utah 84111.

    a. The following were in attendance: Raymond J. Etcheverry and Mark A. Glick of Parsons Behle & Latimer, representing Plaintiff Kennecott Utah Corp.; and Mark James of Hatch James & Dodge, representing Defendant Moly-Cop, S.A.

    b. The parties have discussed the nature and basis of their claims and defenses.

2. **INITIAL DISCLOSURE:** The parties will exchange by April 27, 2001 the information required by Rule 26(a)(1).

3. **DISCOVERY PLAN:** The parties jointly propose to the Court the following discovery plan:

    a. Discovery is necessary on all issues raised by the pleadings.

    b. All fact discovery will be completed no later than August 31, 2001. All expert discovery will be completed October 31, 2001

    c. The following discovery methods will be used: Interrogatories, Requests for Admissions, Requests for Production of Documents and Oral Depositions. Each party will be limited to twenty-five (25) Interrogatories. Each party will be limited to fifteen (15) Depositions. No other discovery limitations will be imposed other than reasonableness.

    d. Reports from retained experts under Rule 26(a)(2) will be submitted on September 1, 2001 by plaintiffs, and on October 1, 2001 by defendants.

    e.    Supplementations under Fed. R. Civ. P. 26(e) shall be served by hand-delivery on October 5, 2001.

4. **OTHER ITEMS:**

    a.    The parties agree that Moly-Cop Chile, SA will not move or begin to disassemble the equipment used to manufacture steel balls at issue without providing 60 days prior written notice to plaintiffs Kennecott Utah Copper Corporation and the State of Utah.

    b.    The parties do not request a conference with the court prior to the entry of the scheduling order.

    c.    The parties request a final pretrial conference in December, 2001.

    d.    The cutoff date for amending pleadings is August 1, 2001.

    e.    The cutoff date for filing dispositive or potentially dispositive motions is November 30, 2001.

    f.    The potential for settlement is unknown at the present time.

    g.    The potential for resolution of this matter through the court's alternative dispute resolution program cannot be evaluated at this time.

    h.    Final lists of witnesses and exhibits pursuant to Fed. R. Civ. P. 26(a)(3) shall be served by hand-delivery 40 days before trial.

    i.    The parties shall have ten days after service of final lists of witnesses and exhibits to make objections under Rule 26(a)(3).

    j.    This case should be ready for trial by January 15, 2002.

    k.    The estimated length of the trial is one week.

DATED this **24TH** day of April, 2001.

PARSONS BEHLE & LATIMER

_____
RAYMOND J. ETCHEVERRY
Attorneys for Plaintiff Kennecott Utah Copper Corporation

HATCH, JAMES & DODGE

_____
Mark F. James
Attorneys for Moly-Coop Chile, SA