FILED
CLERK, U.S. DISTRICT COURT
RECEIVED CLERK

-6 FEB 02 AM 10: 13     FEB - 4 2002

DISTRICT OF UTAH
U.S. DISTRICT COURT

BY:_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNECOTT UTAH COPPER CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> NUCOR CORPORATION, et al., <br><br> Defendants. | **STIPULATED ORDER OF DISMISSAL** |
| THE STATE OF UTAH, <br><br> Plaintiff, <br><br> vs. <br><br> NUCOR CORPORATION, et al., <br><br> Defendants. | Civil No. 2:01 CV 0062C <br> Judge Tena Campbell |

Plaintiffs State of Utah and Kennecott Utah Copper Corporation and defendants GS

Industries, Inc., GS Industries dba GST Steel Company, and Moly-Cop Chile, S.A., hereby

stipulate to the dismissal of this action under Rule 41(a)(1) F.R.C.P.  Nucor Corporation, a

defendant in the action brought by the State of Utah, has not appeared in this action and its

consent has not been sought for this stipulated dismissal.



The dismissal of the actions against Moly-Cop Chile, S.A. is with prejudice, based on the representations of defendants that ownership of the equipment at issue in this action will be transferred from Moly-Cop to GS Industries.  Dismissal of the actions against the GS defendants is without prejudice and is conditioned on the representation of the GS defendants, made herein, to give at least thirty (30) days notice to plaintiffs before selling or disposing of the grinding media manufacturing equipment at issue in this case.

Dated this 4th day of February, 2002.

Wayne Klein
Assistant Attorney General
State of Utah

Raymond Etcheverry
Parsons Behle & Latimer
Counsel for Plaintiff Kennecott

Mark F. James
Hatch, James & Dodge
Counsel for Moly-Cop, GS Industries, Inc. and
    GS Industries dba GST Steel

IT IS SO ORDERED.

BY THE COURT:   2 - 5 - 2002

TENA CAMPBELL
United States District Judge

2

alt

United States District Court
for the
District of Utah
February 6, 2002

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:  2:01-cv-00062

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Raymond J Etcheverry, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT  84145-0898
    JFAX 9,5366111

    R. Wayne Klein, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    160 E 300 S
    PO BOX 140872
    SALT LAKE CITY, UT  84114-0872
    JFAX 9,3660315

    Brent O. Hatch, Esq.
    HATCH JAMES & DODGE
    10 W BROADWAY STE 400
    SALT LAKE CITY, UT  84101
    JFAX 9,3636666