Clark Waddoups, Esq. (3975)
Carolyn B. McHugh, Esq. (3733)
Stephen E. W. Hale, Esq. (A5285)
Dan E. Barnett, Esq. (8579)
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State Street, Suite 1300
Salt Lake City, Utah 84147
Telephone: (801) 532-7840

Attorneys for Defendant Nucor Corporation

RECEIVED CLERK

2002 FEB 15  P 4: 29

U.S. DISTRICT COURT
DISTRICT OF UTAH

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| KENNECOTT UTAH COPPER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GS INDUSTRIES, INC., a Delaware corporation; et al.<br><br>Defendants.<br><br>THE STATE OF UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>GS INDUSTRIES, INC., a Delaware corporation, et al.,<br><br>Defendants. | **NOTICE OF DISMISSAL OF NUCOR CORPORATION WITHOUT PREJUDICE**<br><br>Case No. 2:01CV-0062 ST<br><br>Magistrate Judge Ronald Boyce |



Inasmuch as defendant Nucor Corporation has not filed an answer in the above-captioned lawsuit, the State of Utah hereby dismisses its claims against Nucor Corporation without prejudice.

DATED this 13TH day of February, 2002.

UTAH ATTORNEY GENERAL'S OFFICE

*Wayne Klein*

Wayne Klein
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2002, I caused to be mailed a true and correct copy of the foregoing by United States mail, first-class postage prepaid thereon, addressed to the following:

    Mark F. James, Esq.
    HATCH, JAMES & DODGE
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    Wayne Klein
    Assistant Attorney General
    Utah Attorney General's Office
    160 East 300 South
    Salt Lake City, Utah 84114-0872

    Raymond J. Etcheverry
    David G. Mangum
    Mark A. Glick
    PARSONS BEHLE & LATIMER
    201 South Main Street, Suite 1800
    PO Box 45898
    Salt Lake City, Utah 84145-0898

_____

NUCOR\NTC DISMISS.wpd(HJG)